**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 14, 2014.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-01130-CV

## KAREN O'BANNION AND RAY O'BANNION, Appellant

### V.

## WENDY GEBHARDT AND TODD VANHANDEL, Appellees

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2008-41092**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 17, 2013. On January 9, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.